**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

EVIG, LLC,

        Plaintiff(s),

vs.

FANTASY, INC., an Arizona Company dba SUPERFOOD MD, LLC; et al.,

        Defendant(s).

Case # 2:24-cv-00349

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    Mario C. Vasta (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Fennemore Craig, P.C. (firm name) with offices at 2394 East Camelback Road, Suite 600 (street address), Phoenix (city), Arizona (state), 85016 (zip code), (602) 916-5302 (area code + telephone number), mvasta@fennemorelaw.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Fantasy, Inc. dba Superfood MD, LLC [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>October 24, 2016</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>Arizona</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court, District of Arizona | October 24, 2016 | 033254 |
| United States Court of Appeals, Ninth Circuit | January 11, 2018 | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Arizona State Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Arizona__ )
COUNTY OF __Maricopa__ )

__Mario C. Vasta__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__21st__ day of __February__, __2024__.

__Marielena Cobh__
Notary Public or Clerk of Court

MARIE ELENA COBB
Notary Public - Arizona
Maricopa County
Commission # 648492
My Comm. Exp. June 21, 2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Kendall Lovell__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__9275 West Russell Road, Suite 240__,
(street address)

__Las Vegas__, __Nevada__, __89148__,
(city)         (state)       (zip code)

__(702) 692-8003__, __klovell@fennemorelaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Kendall Lovell_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____Cody Ippolito_____
(party's signature)

___Cody Ippolito___ Member
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Kendall Lovell
Designated Resident Nevada Counsel's signature

15590                klovell@fennemorelaw.com
Bar number           Email address

APPROVED:

Dated: this __23__ day of __February__, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **MARIO CARMELO VASTA** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 24, 2016, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  02-19-2024

*Kristina Tuba*

Kristina Tuba
Associate Disciplinary Clerk

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2024, I caused the foregoing **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL (EFC Doc. 11)** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

                                              */s/ Carah Woodside*
                                              An employee of Fennemore LLP

45697203